Opinion by OLIVER, P. J.  In accordance with stipulation of counsel cigarette whistles in part of bamboo were held dutiable at 45 percent under paragraph 409. Abstract 39509 followed.  Kazoos similar to those the subject of Abstracts 44122 and 32264 were held dutiable at 45 percent under paragraph 397.

**No. 45628.**—Protest 918758–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Cigarette butts made of paper similar to those the subject of Abstract 41770 at 35 percent under paragraph 1413; (2) kazoos similar to those the subject of Abstracts 44122 and 32264 at 45 percent under paragraph 397; and (3) dogs in chief value of fur like those the subject of Abstract 41823 at 50 percent under paragraph 1519 (e).

**No. 45629.**—Protest 757313–G of S. Lisk & Bros. (New York).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel squawker balloons similar to those the subject of Abstract 40493 were held dutiable at 45 percent under paragraph 409 and opera glasses like those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) at 45 percent under paragraph 228 (b).

**No. 45630.**—Protests 23311–K, etc., of Langfelder, Homma & Hayward, Inc., et al. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of dolls in chief value of celluloid similar to those the subject of Abstract 44605. The claim at 1 cent each and 60 percent ad valorem under paragraph 1513 was therefore sustained.

**No. 45631.**—Protests 17317–K, etc., of F. W. Woolworth Co. (Los Angeles).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel and on the authority of *United States* v. *Woolworth* (28 C. C. P. A. 196, C. A. D. 145) figures in chief value of lead were held dutiable at 3 cents per pound but not less than 22½ nor more than 45 percent ad valorem under paragraph 397 and the trade agreement with the United Kingdom.

**No. 45632.**—Protests 996925–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel and on the authority of *United States* v. *Woolworth* (28 C. C. P. A. 196, C. A. D. 145) figures in chief value of lead were held dutiable at 3 cents per pound but not less than 22½ nor more than 45 percent ad valorem under paragraph 397 and the trade agreement with the United Kingdom.